No. 01–5298. SIMPKINS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5299. HABER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–5300. GRESHAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5301. GARCIA-LUNA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5302. HARPER v. WELBORN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–5303. MOONEY v. MAYLE ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5304. MULCAHY v. CITY OF KINGSTON ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–5306. LEYVA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–5307. LUKENS v. COOK, DIRECTOR, OREGON DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5308. JOHNSON v. BLAIR ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–5309. JETTER v. TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 01–5310. ROBERSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–5311. SAMUELS v. CORONA, SHERIFF, ORANGE COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5312. PARKER v. FRANKLIN COUNTY CHILDREN SERVICES. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 01–5313. HERNANDEZ-NAVARRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5314. GUMBS v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.